STEPHEN JULIANO, Respondent, v. JOHN SCHETTINO et al.,
Appellants, Impleaded with Others.

Reported below, 172 App. Div. ——.
(Submitted June 5, 1916; decided June 13, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 19, 1916, affirming
a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term in an action to set
aside a deed of real property.

The motion was made upon the grounds that the
judgment of the Special Term was interlocutory; that
the affirmance of the same by the Appellate Division was

unanimous, and that permission to appeal had not been obtained.

*William H. E. Jay, Jr.,* for motion.

*James S. Darcy* opposed.

Motion denied, without costs.